# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JASON LIGTENBERG,<br><br>Petitioner,<br><br>v.<br><br>BECKY DOOLEY, Warden for the<br>Moose Lake Correctional Facility,<br><br>Respondent. | Civil Nos. 16-4398 (JRT/LIB)<br><br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATIONS** |

_____

Jason Ligtenberg, #224559, MCF-Moose Lake, 1000 Lakeshore Drive, Moose Lake, MN 55767-9449, *pro se* Petitioner.

James P. Spencer, **OLMSTED COUNTY ATTORNEY,** 151 Fourth Street SE, Rochester, MN 55904, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Petitioner Jason Ligtenberg's petition for a writ of habeas corpus, [Docket No. 1], is **DENIED**.

2. This action is **DISMISSED**.

3. No certificate of appealability is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 8, 2017          s/John R. Tunheim
at Minneapolis, Minnesota    JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court